# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-635
_____

BRUCE KAPLAN,

   Appellant,

   v.

JENNIFER ERLINGER and
JUSTIN FEDERICO,

   Appellees.

_____


On appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

June 28, 2018


PER CURIAM.

   AFFIRMED.

ROWE, RAY, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kathy C. George and Lindsey K. Marriott of the Law Office of Kathy C. George, LLC, Dunedin, for Appellant.

No appearance for Appellees.